ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEVEN RAY NELSON, ID # 1130776, ) | |
| Petitioner, ) | |
| vs. ) | No. 3:06-CV-1562-M |
| ) | ECF |
| NATHANIEL QUARTERMAN, Director, ) | |
| Texas Department of Criminal ) | |
| Justice, Correctional Institutions Division, ) | |
| Respondent. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court, except that the word "application" in the fourth line of footnote 3 should read "conviction," and the Court does not reach the question of whether *Felder* would bar petitioner's claim if he had established his actual innocence. With respect to the alleged misinformation, *see generally, Bowles v. Russell*, 127 S.Ct. 2360 (2007).

SO ORDERED this 17 day of October, 2007.

UNITED STATES DISTRICT JUDGE